

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. C. M., A CHILD, | § | No. 08-18-00014-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2008AG5651) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 19, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Michelle E. Smith, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 19, 2018.

IT IS SO ORDERED this 18th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.